*11091597*
*$976.48*
*4/5/11*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 976.48
CHECK # 15442 FOR $ 976.48
    Representing unclaimed funds.

DATED: 3-31-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED
APR 5 2011
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 142557 | HAERTEL | 0810585 | 5.00 | CHAPTER 7 TRUSTEE – MARK SCHLANT | | | UNKNOWN NY | 14202 |
| 142558 | MARTIN | 0702501 | 5.02 | CHAPTER 7 TRUSTEE –THOMAS DOREY | | | UNKNOWN NY | 14202 |
| 142559 | MICHAELS | 0591183 | 5.00 | CHAPTER 7 TRUSTEE – MARK SCHLANT | | | UNKNOWN NY | 14202 |
| 142560 | CHAPMAN | 0703828 | 5.00 | CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | | UNKNOWN NY | 14202 |
| 142561 | GALUSKI | 0913608 | 5.02 | CHAPTER 7 TRUSTEE – MARK SCHLANT | | | UNKNOWN NY | 14202 |
| 142565 | PETERS | 0810893 | 57.10 | CHAPTER 7 TRUSTEE – MARK WALLACH | | | UNKNOWN NY | 14202 |
| 142566 | DIGIACOMO | 0810608 | 7.59 | CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | | UNKNOWN NY | 14202 |
| 142567 | WILLIAMS | 0910100 | 5.01 | CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | | UNKNOWN NY | 14202 |
| 142569 | WOODS | 0705053 | 5.00 | CHAPTER 7 TRUSTEE – MORRIS HORWITZ | | | UNKNOWN NY | 14202 |
| 143516 | UTEGG | 0815329 | 331.92 | CONSUMER PORTFOLIO SERVICE | P.O. BOX 57071 | LOAN SERVICING CENTER | IRVINE CA | 92619-7071 |
| 146804 | CONIBEAR | 0592343 | 536.91 | SEMRAU, JUDITH | 92 LEYSTONE | | BUFFALO NY | 14221 |
| 147352 | BOJCZUK | 0570039 | 7.22 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 147353 | GROTH | 0590774 | 0.69 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| | | | $976.48 | | | | | |